IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE JONES, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 23-06 |
| | : | |
| EASTERN AIR HOLDINGS, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 26th day of September, 2025, it is **ORDERED** that Defendant, Eastern Air Holdings, Inc.'s Motion for Summary Judgment (ECF No. 71) is **GRANTED**.

It is further **ORDERED** that Defendant, Eastern Airlines, LLC's Motion for Summary Judgment (ECF No. 70) is **DENIED** and Plaintiff, Bruce Jones' Motion for Summary Judgment is **DENIED** (ECF No. 72).

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.